COURTESY COPY
ORIGINAL FILED BY ECF
ASSIGNED DOCUMENT NUMBER 17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PHILIP TZORTZATOS, )
)
Plaintiff, )
)
v. )
) Case No: 06-CV-05387-ILG-KAM
CAPITAL GENOMIX, INC., A. JOHN )
LEONTAKIANAKOS, and SPYRO KROKIDIS, )
)
Defendants. )
)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR X 8 2007 ★
TIME A.M. _____

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Philip Tzortzatos, and Defendants, Capital Genomix, Inc. and A. John Leontakianakos, by their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree that all claims asserted by Plaintiff against these Defendants shall be and are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

_____/s/_____
Brian Kennedy (BK-8588)
Law Office of Brian Kennedy
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005
(212) 687-0099
*Attorneys for Plaintiff,*
*Philip Tzortzatos*

_____/s/_____
Michael S. O'Reilly (MO-4609)
Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701
(212) 613-2000
*Attorneys for Defendants,*
*Capital Genomix, Inc. and*
*A. John Leontakianakos*

SO ORDERED, this ____ day of March, 2007.

Honorable I. Leo Glasser
Senior Judge

1724809

#1173802 v1
107283-58877



MICHAEL S. O'REILLY
Director

Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Direct: (212) 613-2055 Fax: (212) 554-9655
mo'reilly@gibbonslaw.com

March 5, 2007

RECEIVED
3/4/07
Chambers of
I. Leo Glasser
U.S.D.J.

**VIA FEDERAL EXPRESS**

Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Philip Tzortzatos v. Capital Genomix, Inc., A. John Leontakianakos and Spyro Krokidis
Civil Action No. 06-cv-05387 (ILG) (KAM)

Dear Judge Glasser:

We are attorneys for Defendants Capital Genomix, Inc. and A. John Leontakianakos ("Defendants") in the referenced matter.

Pursuant to Your Honor's Individual Practice Rules, I have enclosed a courtesy copy of a Stipulation of Dismissal with Prejudice dismissing all claims asserted by Plaintiff against Defendants, which was electronically filed with the Court today.

Please have a member of Your Honor's staff contact me if we can be of any assistance to the Court.

Respectfully submitted,

Michael S. O'Reilly

MSO/lvd

Enclosure

cc: Brian Kennedy, Esq. (w/encl.) (attorney for plaintiff) (via regular mail)
Frank J. Mastro, Esq. (w/encl.) (via e-mail)