**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  **MAR 14 2007**  ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PHILIP TZORTZATOS,     )
                       )
     Plaintiff,        )
                       )
     v.                )   Case No: 06-CV-05387-ILG-KAM
                       )
CAPITAL GENOMIX, INC., A. JOHN )
LEONTAKIANAKOS, and SPYRO KROKIDIS )
                       )
     Defendants.       )
                       )

### STIPULATION OF DISMISSAL

Plaintiff, Philip Tzortzatos, by his counsel Brian Kennedy, Esq., pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulates and agrees that all claims asserted by Plaintiff against Defendant Spyro Krokidis, who has not filed an answer in this action, shall be and are hereby dismissed.

_____/s/_____
Brian Kennedy, Esq. (BK-8588)
Law Office of Brian Kennedy
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005
(212) 687-0099
*Attorneys for Plaintiff,*
*Philip Tzortzatos*

SO ORDERED, this 13th day of March, 2007.

_____
Judge

1724809